IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　v.　　　　　　　　　　　　　　　　:　　　Civ. No. 09-5468

　　　　　　　　　　　　　　　　　　　　　　　:

ARTHUR D'AMARIO　　　　　　　　　　:

---

## ORDER

**AND NOW,** this 1st day of March, 2010, it is **hereby ORDERED** that the Government

shall file a response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to

28 U.S.C. § 2255 (Doc. No. 1) no later than **April 1, 2010.**

　　　　　　　　　　　　　　　　　IT IS SO ORDERED

　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　Paul S. Diamond, J.